# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-cv-361-GCM

| | |
|---|---|
| JOHN ALAN FAGAN, JR., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDREW SAUL, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on its July 16, 2020 Order.

In this matter, *pro se* Plaintiff is seeking review of an adverse final determination of the Social Security Commission. (Doc. No. 1). Plaintiff has filed an Application to proceed *in forma pauperis*. (Doc. No. 2).

The Court noted in its July 16, 2020 Order that it appears that venue does not lie in this District because Plaintiff resides in Rowan County, which is located in the Middle District of North Carolina. (Doc. No. 3). The Court informed Plaintiff of its intent to transfer this action for lack of venue, granted him 14 days to object, and cautioned him that the failure to do so would result in this action being transferred to the United States District Court for the Middle District of North Carolina without further notice.

The 14-day limit has expired and Plaintiff has failed to object. Therefore, this action will be transferred for lack of venue.

**IT IS, THEREFORE, ORDERED** that the Clerk of this Court is hereby ordered to transfer this action to the United States District Court for the Middle District of North Carolina.

1

Signed: August 3, 2020

Graham C. Mullen
United States District Judge